JEFFREY J. ROONEY, # 127448
Vantage Point Law, Inc.
A California Professional Corporation
18 Crow Canyon Court, Suite 130
San Ramon, CA 94583
TEL: (925) 934-7400
FAX: (925) 934-7520
Email: jeff@vantagepoint.law

Attorneys for Plaintiffs
Santos Martinez and Guadalupe Lopez Bastides

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS MARTINEZ, an individual; and GUADALUPE LOPEZ BASTIDES, an individual,<br><br>Plaintiff,<br><br>Vs.<br><br>VALLEY FORGE INSURANCE COMPANY, a Pennsylvania corporation;<br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and<br>DOES 1 through 100, inclusive<br><br>Defendants. | Case No.   23-cv-04331-JD<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF NAMED DEFENDANTS (BUT NOT DOES 1-100) WITHOUT PREJUDICE AND ORDER REMANDING CASE BACK TO MARIN COUNTY SUPERIOR COURT**<br><br>Marin Superior Case No. CV0000398 |

The parties to this action, individually, or by and through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal without Prejudice of this action, including all claims stated herein but only as against named Defendants: VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation, and CONTINENTAL CASUALTY COMPANY, an Illinois corporation, with each party to bear its own attorney's fees and costs, and fees, with further request that this matter continue with

Page 1

Joint Stipulation and Order For Dismissal without Prejudice

Defendant DOES 1 though 100, inclusive to be remanded back to Marin County Superior Court, under Marin County Superior Court Case Number CV0000398.

**DATED** this 20th day of October, 2023.

VANTAGE POINT LAW, INC.
A California Professional Corporation

JEFFREY J. ROONEY, Esq.
Attorney for Plaintiffs: Santos Martinez, and
Guadalupe Lopez Bastides

CNA Corporate Litigation

ROBERT C. CHRISTENSEN, Esq.
Attorney for Defendants:
Valley Forge Insurance Company, and
Continental Casualty Company

## ORDER

The stipulation is approved. Named Defendants: VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation, and CONTINENTAL CASUALTY COMPANY, an Illinois corporation, are hereby dismissed without prejudice and without costs to either party. Furthermore, this action is to be remanded back to Marin County Superior Court, under Marin County Superior Court Case Number CV0000398.

**DATED** this 21st day of November, 2023.

The Honorable James Donato
U.S. District Court Judge

Page 2

Joint Stipulation and Order For Dismissal without Prejudice